IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEONTA J. THOMAS,

    Defendant.

Case No. 3:20-CR-30003-NJR-1

# ORDER

**ROSENSTENGEL, Chief Judge:**

    Now before the Court is Defendant Deonta J. Thomas's Motion for Reduced Sentence Pursuant to 18 U.S.C. § 3582(c)(2). (Doc. 70). Thomas seeks a reduction in sentence from 120 months' imprisonment to 108 months' imprisonment pursuant to 18 U.S.C. § 3582(c)(2) and Part B of Amendment 821 to the United States Sentencing Guidelines ("U.S.S.G."). (*Id.*). The Government does not oppose the motion. (Doc. 71).

    Under Part B of Amendment 821, offenders with zero criminal history points and whose offense did not involve specified aggregating factors shall receive a two-level decrease in their offense level. U.S.S.G. § 4C1.1. Part B of Amendment 821 applies retroactively. *See* § 1B1.10(e)(2) (Nov. 1, 2023).

    At the time of sentencing, Thomas was assessed a total offense level of 33 and a criminal history category of I, resulting in an advisory guideline range of 135 to 168 months. (Doc. 55). The Court sentenced Thomas to 120 months' imprisonment, which was below the advisory guideline range. (Doc. 64). Because Thomas had zero criminal

history points, however, he is now eligible for an offense level reduction from 33 to 31 under Part B of Amendment 821. This results in a lower advisory guideline range of 108 to 135 months. The parties thus assert that a sentence reduction to 108 months is appropriate.

The Court agrees. Upon consideration of Thomas's motion (Doc. 70), the Government's response (Doc. 71), the policy statement set forth at U.S.S.G. § 1B1.10, and the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court **GRANTS** Defendant Deonta J. Thomas's motion and **ORDERS** that his sentence be reduced to a term of **108 months**. All other terms of the judgment in this case shall remain unchanged.

**IT IS SO ORDERED.**

DATED: February 16, 2024

_Nancy J. Rosenstengel_
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**